Exhibit A to the Complaint

**Location:** Gaithersburg, MD  
**Total Works Infringed:** 26

**IP Address:** 108.45.145.185  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: AC9A5EE29CBCB4F6D3A3B62BDCA7AFD84BCE5EB0<br>File Hash: 443494229C1D0F6C2875311264A7375F811AD1566D902ADF049736CB85269E5C | 10-14-2021 20:03:42 | Blacked Raw | 11-23-2020 | 12-09-2020 | PA0002274806 |
| 2 | Info Hash: 208BB6D56560EDAF3A5C7848334674A1AD9AA863<br>File Hash: 709F917B6AB0830D516BC53D398199094C91660CA114C938B8D06B6027F7967D | 10-14-2021 18:01:48 | Vixen | 06-12-2020 | 06-25-2020 | PA0002256359 |
| 3 | Info Hash: EFAC9203F98A2CEB889098FA318A1D7153657E8C<br>File Hash: 157B62410347A2B4953C9366DB2207E09176F91C5E705363D8A84442291D0EF2 | 10-12-2021 06:23:18 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 4 | Info Hash: 8B8EA93BB5A45C98E6DF62AB00A8A1C33B6BAD6E<br>File Hash: 9DFAFC8B54D57B9C944B5950752C906746849F6E60B053E3289DB755E8D94191 | 09-27-2021 21:32:33 | Vixen | 03-19-2021 | 04-14-2021 | PA0002286735 |
| 5 | Info Hash: 857ECD8EC13C207984FDF9ED1AAB188B50013F5C<br>File Hash: 6A533C195A378EE2E2EEB458DF0433215FE1763F06885E4D646A316928808046 | 09-27-2021 21:32:24 | Blacked | 08-01-2020 | 08-11-2020 | PA0002252255 |
| 6 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 09-21-2021 12:10:15 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 7 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash: 4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 09-15-2021 15:44:02 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 8 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 07-27-2021 19:25:29 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 08B0A612F8AE6494D6A7B7788B4646B936EB345B<br>File Hash: 05B9A29576186E3BEAB663C3C3464BB3F7C81EB156C6717C391C3C68F3CA9E4E | 07-26-2021 03:31:02 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 10 | Info Hash: E5F878ECB815AFC5A8C5644F643FC592DFB2A5BF<br>File Hash: 4026ACA5892A78F5DB0B79FF224BDF3182D0F5D9C2E44AF49BB49BAF4D5077B7 | 07-12-2021 18:12:04 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 11 | Info Hash: 3B4EA9DAAA3B1FC2F3D187FD1021BC9E4511C74A<br>File Hash: E1679995451088F985398F3E2F3CBDEF368CB39F12EDA01031CDA26AA4202C00 | 07-09-2021 16:35:36 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 12 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-09-2021 16:33:10 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 13 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash: B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 07-08-2021 01:33:17 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 14 | Info Hash: 91888D1F273525E13F995A696CF0674A0B91A9B6<br>File Hash: C329CE3A8F09AD49DA84407D32608B3D9E3E31A0CC247A589E17601C6A9EF234 | 05-14-2021 11:12:51 | Vixen | 09-01-2017 | 09-15-2017 | PA0002052845 |
| 15 | Info Hash: C98740C62F8F9C6B18747244C61404316A90AA7C<br>File Hash: 56A0813EBB70472E9743368766038D60CE524AF3A3E02C21CC91B5BF295DE28A | 05-10-2021 20:11:15 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 16 | Info Hash: 2731D3BE6ECD9F4EF189644B16EBA424B73EFBFD<br>File Hash: 96FC13D83810C44230AFE045BFAD3603B19F1A98E46ADFE605A0E3798A867F2D | 03-16-2021 18:50:30 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 17 | Info Hash: 850607A48AE7C7A5B7ACC2E924C6BE119D12B001<br>File Hash: FA7E6E38F30898A2295ECF4C22FCA4C395041183F74616035787A2078529B00D | 02-04-2021 14:30:56 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: CA5CDC908938D43DBDC0822505449EE352C2A5E3<br>File Hash: C1989360CB00041C7DF61700B88E84563F906D9EA71DB8B980D38D39D17ECE05 | 10-06-2020 20:41:45 | Blacked | 05-16-2020 | 06-22-2020 | PA0002245639 |
| 19 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 09-16-2020 05:25:25 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 20 | Info Hash: CF200D8754F2C358A35BC087A3A9B21F3D7087C1<br>File Hash: 498BD96165111E7484DBA92321D6D173186C2C79354BCB6CB834BE0D70745559 | 07-28-2020 21:01:02 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 21 | Info Hash: 7625B77166EDE28E8265E368E93FE18A92A73B39<br>File Hash: BE70F44E12C12DCBF75E876364FD8ECA3CC1D6C97347B375868989AF907617C2 | 07-20-2020 18:18:47 | Blacked | 07-11-2020 | 07-20-2020 | PA0002248959 |
| 22 | Info Hash: 84A2C046FD4795A6A5DC3814FFBFF9CACFA06E00<br>File Hash: E83C150F4ED927F9D1E7323EE272C9D1E9B1B3F0A7E52A184FF98BE871589D03 | 06-08-2020 21:08:36 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 23 | Info Hash: 2BF966F2EC01906FE193276483DABBD26841E7FD<br>File Hash: 6655D05CFFA84F8EC48733860A293F251E8A8BC63A827694BB700CA860659973 | 06-08-2020 20:21:49 | Tushy | 06-07-2020 | 06-25-2020 | PA0002255506 |
| 24 | Info Hash: FD9F9AB92752B9716BB2119D064F264C797BB67D<br>File Hash: 6804B83ED233CE1FCC3660243C33F78D4C1B8DD8B0D454765E8E0D5ACF92A690 | 04-30-2020 22:06:42 | Blacked Raw | 04-27-2020 | 05-19-2020 | PA0002241476 |
| 25 | Info Hash: 6A00929B3D2F54C7FF7C31812DA1CEB6F03A8DF0<br>File Hash: E7517A6F80C556646938E7C39ABB9A3F1BB5D89FF3E3D535E96E9F527B6321A6 | 03-10-2020 02:20:23 | Vixen | 03-09-2020 | 04-17-2020 | PA0002246165 |
| 26 | Info Hash: 5F6AA2A5EBECC91803CACFCBD57DC5F74832C2A4<br>File Hash: 36E7FBF4E360DC0AB31CFC8A5E15295CD4DCE06E97194AABC02C59A835AE8850 | 10-31-2019 02:38:50 | Blacked | 10-17-2019 | 11-05-2019 | PA0002210291 |